## RESOLUCIÓN DE CRÉDITO DE TIEMPO DISPUTABLE

*I Dispute Short way Release Arte Theft →*

*He Stole my Short way Released Date in 2015 2008 & 2010 That chy 3 month & 24 Days Later*

**TO:**

☐ Time Section (Presos del división institucional)

Classification and Records Headquarters

BOT Warehouse Huntsville, Texas

☐ Intake/Classification Office

(Presos del división de cárcel del estado)

_____ State Jail Facility

**FECHA:** *73,114-05*

**NOMBRE DEL PRESO/OFENSOR:** *Mainly He Change My Parole Status BPP Date TDC Date Cale 9-29-2008 TO Parole Status BPP Date TDC Cale Date 2-22-2010*

*4 2Day 1Yr = 7 3 = 5m 24 Day*

**NUMERO DE TDCJ:** _____

Marca las cajas apropiadas.

☐ Fecha de Comienzo de Sentencia

☐ Información de Compromiso

☐ Estado Tiempo Ahorrado

☐ Tiempo de la Cárcel del Contado

☐ Tiempo Sobresueldo

☐ Fecha del Projectó del Descargo/Expiración de la Fecha Máxima

☐ Al Frente Fecha del Descargo/Descargo de la Cárcel del Estado

☐ Fecha de Libertad Provisional/Condicional

☐ Otro: _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk

Explique la problema en sus propias palabras. *Against No Name VicDatt as Mc Carter 4-E-48-T He Framed me into TDC in 2007 He Stole My IO TDC Card No. 1578426 By Replacing The 7x2 with 5+4 as 1558446 1558446 He moved me From Cotula To McConnell in Feb 11 2011 He Rob my Fund Again in 2011 Feb He Exscape with my Funds He Moved me From 18-S-35 To 11Build then to 3 Build 238 then with A TShap or Daol He framed me with N 4.0 Like He Did in 2012 in 2014 And moved me Back to 11Building And then To His Cell as 4-E-48-B then He cut my Eye out with a Razor Blad He is Basereing my Appeal on Feb 9th 2015 By getting in Between Court of Appeal with A Copase Computer He moved my BPPDatc*

CL-147 (Rev. 05/03)

# TIME CREDIT DISPUTE RESOLUTION

**TO:** [✓] Time Section (ID Offenders)

Classification and Records Headquarters

BOT Warehouse Huntsville, Texas

[ ] Intake/Classification Office (SJD Offenders)

_____ State Jail Facility

**DATE:** 3-5-15

**OFFENDER NAME:** Alan Dale Warren

**TDCJ No.:** TDC No 1558446 CIO 1578246
He Replace me & He is matering He Do His Time I Am Blind Next Because of Vocation.

Mark the appropriate box(es).

[✓] Sentence Begin Date

[ ] Commitment Information

[✓] Time Earning Status

[✓] County Jail Time  *Feed Back La Mount gang Activecity*

[✓] Bonus Time

[✓] Projected Release Date/Maximum Expiration Date

[✓] Up-front Release Date/State Jail Release Date

[✓] Parole Date  *Parole Date*

[✓] Other: *illeagelly Regelsterd me In To TDC System & Theft of a Nec Pro Tunc & Bargering my Dispute with other Dispute's*

Explain the problem in your own words. 4 E-48-T No Name Vic Oath As mc conner is Bargering me with His Family From Houston Tx He Framed me in 2007 He Stole my TDC Card in 2009 march Number 1578426 a change it to 1558446 By Changing the 7 to a 5 & the 2 two a 4 Then He moved me from Catula to Mc Connell in 2011 12th Then He Stole my Funds And my Internal Safety Facilty Certificate 180 in From my Locker & Broke my Ribs Then He Framed me with a 410 Then and Now A nother 410 with a Tshirt order in 3 Building Sams 3-D-23-B His Tshirt Frame As gang Droned me He Then Had me Moved To 4 E-48-B He is Bargering my Appeal He 907 in Octure on my letters with a Conpiter He Also At That time with a Conpiere change my Parole Status, BPA Date From 8-29-2009 To TDC Cole Date 2-22-2010 And Then 3010 That is 100 Years Parole Set off in the Conpiter He is Bargering me. Now A illeagel OPI